UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| PETER OROMO,<br><br>      Petitioner,<br><br> vs.<br><br>PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; SAMUEL J. OLSON, FIELD OFFICE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND SHERIFF OF LAWRENCE COUNTY, ALL SUED IN THEIR OFFICIAL CAPACITIES,<br><br>      Respondents. | 5:26-CV-05007-KES<br><br><br><br>ORDER FOR SERVICE |

Petitioner, Peter Oromo, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1; Doc. 3; Doc. 3-1). A petitioner may attack the execution of his sentence through a § 2241 petition in the district of his incarceration, but a challenge to the validity of conviction or sentence must be brought under § 2255 in the district of the sentencing court. Matheny v. Morrison, 307 F.3d 709, 711 (8th Cir. 2002). See also Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003).

Therefore, it is hereby

(1) ORDERED that the Clerk of Court will deliver or serve a copy of the petition (Doc. 1; Doc. 3; Doc. 3-1) on the United States Attorney for the District of South Dakota; and also deliver and serve a copy of the petition on the Lawrence County State's Attorney's Office; and a courtesy copy to the Attorney General of South Dakota.  It is further

(2) ORDERED that the Respondents will serve and file an answer or responsive pleading to the petition, together with a legal brief or memorandum, on or before March 6, 2026.

(3) ORDERED that Petitioner may file a reply brief within fourteen (14) calendar days after service of the responsive brief pursuant to D.S.D. Civ. LR 7.1(B).

DATED this 6th day of February, 2026.

BY THE COURT:

*[signature]*

DANETA WOLLMANN
United States Magistrate Judge