UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| PETER OROMO,<br><br>              Petitioner,<br><br>    vs.<br><br>SAMUEL OLSON, TODD LYONS,<br>KRISTI NOEM, PAM BONDI, AND<br>SHERIFF OF LAWRENCE COUNTY<br>JAIL,<br><br>              Respondents. | 5:26-CV-05007-KES<br><br><br>ORDER GRANTING RESPONDENTS'<br>MOTION TO SEAL |

Respondents move to seal previously-filed documents at Docket 15, Docket 15-1, and Docket 15-2, because they contain confidential information. Docket 19. Good cause appearing, it is

ORDERED that respondents' motion to seal (Docket 19) is granted, and Docket 15, Docket 15-1, and Docket 15-2 will be sealed.

Dated February 10, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE