UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| PETER OROMO, | 5:26-CV-05007-KES |
| Petitioner, | |
| vs. | ORDER GRANTING RESPONDENTS' MOTION TO SEAL |
| SAMUEL OLSON, TODD LYONS, KRISTI NOEM, PAM BONDI, AND SHERIFF OF LAWRENCE COUNTY JAIL, | |
| Respondents. | |

Respondents move to seal a document attached to its motion, Docket 17-1, because it contains confidential information. Docket 17. Petitioner does not object. (Docket 18). Good cause appearing, it is

ORDERED that respondents' motion to seal (Docket 17) is granted, and the document attached to its motion will be filed under seal.

Dated February 10, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE