UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| PETER OROMO, <br><br> Petitioner, <br><br> vs. <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; SAMUEL J. OLSON, in his official capacity as Field Office Director of U.S. Immigration and Customs Enforcement; and LAWRENCE COUNTY SHERRIF, in his official capacity, <br><br> Respondents. | 5:26-CV-05007-KES <br><br><br> ORDER REASSIGNING CASE |

It is

ORDERED that this case is reassigned to United States District Chief Judge Roberto A. Lange.

Dated February 17, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE